# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JESSICA TAYLOR, individually and on behalf of all others similarly situated, ) ) ) | |
| ) | CASE NO. 1:18-cv-01516-CAB |
| Plaintiff, ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. ) ) | |
| JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON CONSUMER INC.; MCNEIL-PPC, INC.; and MCNEIL CONSUMER HEALTHCARE, ) ) ) ) ) ) ) | **JOINT STIPULATION OF DISMISSAL OF DEFENDANTS JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., MCNEIL-PPC, INC., AND MCNEIL CONSUMER HEALTHCARE** |
| Defendants. ) ) | |

Plaintiff Jessica Taylor and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Johnson & Johnson Consumer Inc., McNeil-PPC, Inc., and McNeil Consumer Healthcare, by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) & (ii), enter into the following Stipulation of Dismissal with reference to the following facts:

## RECITALS

WHEREAS, Plaintiff commenced this action on July 3, 2018 by filing a Class Action Complaint (ECF No. 1);

WHEREAS, this Stipulation of Dismissal is entered into before any Defendant has served an answer or a motion for summary judgment;

WHEREAS, this Stipulation of Dismissal is entered into by all Parties to the action;

WHEREAS, the Parties agree that Defendant Johnson & Johnson Consumer Inc. is the correct entity, properly named, for the allegations in this action as it states it does, and did, label, market, distribute, and sell Infants' Tylenol and Children's Tylenol and participated in decisions that addressed the labeling, wholesale and suggested retail pricing, marketing, distribution, and sales of Infants' Tylenol and Children's Tylenol at all times during the Class Period;

WHEREAS, Defendant Johnson & Johnson Consumer Inc. agrees that it will not use this stipulation or its written terms as a defense to this action;

WHEREAS, Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc. do not, and did not, label, market, distribute, or sell Infants' Tylenol or Children's Tylenol or participate in any of the decisions that addressed the labeling, wholesale and suggested retail pricing, marketing, distribution, or sales of Infants' Tylenol or Children's Tylenol at any time during the Class Period;

WHEREAS, Defendant McNeil-PPC, Inc. is now known as Johnson & Johnson Consumer Inc.; and

WHEREAS, Defendant McNeil Consumer Healthcare is not a separate legal entity and was not a separate legal entity at any time during the Class Period.

## **STIPULATION**

NOW, THEREFORE, THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., McNeil-PPC, Inc. and McNeil Consumer Healthcare are DISMISSED from this action WITH PREJUDICE.

| | |
|---|---|
| Dated:  November 16, 2018 | Respectfully submitted, |
| By: *s/Eric W. Henry (by consent)* | *s/William H. Berglund* |
|    Eric W. Henry (0086750)<br>   **THE HENRY LAW FIRM**<br>   529 E. Washington St.<br>   Suite 240<br>   Chagrin Falls, OH 44022<br>   (440) 337-0083 P<br>   (440) 337-0084 F<br>   eric@erichenrylaw.com | William H. Berglund (0080329)<br>**TUCKER ELLIS LLP**<br>950 Main Avenue, Suite 1100<br>Cleveland, Ohio  44113-7213<br>Telephone:     216.592.5000<br>Facsimile:     216.592.5009<br>E-mail:  william.berglund@tuckerellis.com |
| *Attorney for Plaintiffs* | Amy J. Laurendeau (*admitted pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994<br>E-mail: alaurendeau@omm.com |
| | *Matthew D. Powers (admitted pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br>E-mail: mpowers@omm.com |
| | *Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Johnson & Johnson Consumer Inc., McNeil-PPC, Inc., and McNeil Consumer Healthcare* |

IT IS SO ORDERED.

  s/ Christopher A. Boyko
_____
CHRISTOPER A. BOYKO
UNITED STATES DISTRICT JUDGE