IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JESSICA TAYLOR, | ) |
| Plaintiff, | ) CASE NO. 1:18-cv-01516-CAB |
| v. | ) JUDGE CHRISTOPHER A. BOYKO |
| JOHNSON & JOHNSON CONSUMER INC. | ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

Plaintiff Jessica Taylor and Defendant Johnson & Johnson Consumer Inc., by and through their respective undersigned counsel, hereby stipulate under FRCP 41(a)(1)(A)(ii) for dismissal of all claims in the instant action with prejudice, with each party to bear its own costs.

Dated: January 7, 2019

*/s/ Eric W. Henry*
Eric W. Henry (0086750)
**THE HENRY LAW FIRM**
529 E. Washington St.
Suite 240
Chagrin Falls, OH 44022
(440) 337-0083 P
(440) 337-0084 F
eric@erichenrylaw.com

*Attorney for Plaintiff*

/s/ William H. Berglund (via consent)
William H. Berglund (0080329)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail:william.berglund@tuckerellis.com

/s/ Amy J. Laurendeau (via consent)
Amy J. Laurendeau (admitted pro hac vice)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994